UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

MARIA HIDALGO and ABUNDIO SANCHES as Parents and Natural Guardians of L.S. and MARIA HIDALGO and ABUNDIO SANCHES Individually.,

                                                Plaintiffs,

-against-

THE NEW YORK CITY DEPARTMENT OF EDUCATION,

                                                Defendant.

20-CV-98 (JGK)

**ORDER**

---------------------------------------------------------------------------- x

      **IT IS HEREBY ORDERED** that the Office of State Review of the New York State Education Department shall, within thirty (30) days of receipt of this Order, mail a certified copy of the administrative record in Office of State Review Appeal No. 19-058 to counsel for the Defendant, Sharon Sprayregen, Esq., New York City Law Department, 100 Church Street, New York, New York 10007; and

      **IT IS FURTHER ORDERED** that upon receipt of the certified record from the Office of State Review, Defendant's counsel shall provide Bates-stamped courtesy copies of such record to Plaintiffs' counsel and to the Court and shall file the certified record with the Court under seal pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure.

      It is **SO ORDERED.**

                                                                       /s/ John G. Koeltl

New York, NY                                              JOHN G. KOELTL
April 27, 2020                                    United States District Judge