```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**MARIA HIDALGO, ET AL.,**

        Plaintiffs,        20-cv-98 (JGK)

  - against -              ORDER

**NEW YORK CITY DEPARTMENT OF EDUCATION,**

        Defendant.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The defendant's letter motion at Dkt. No. 16 was addressed by the Court's Order at Dkt. No. 17. The Clerk is directed to close Dkt. No. 16.

**SO ORDERED.**

Dated:    New York, New York
          June 5, 2020              /s/ John G. Koeltl
                                           **John G. Koeltl**
                                 **United States District Judge**