UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

MARIA HIDALGO & ABUNDIO SANCHEZ,

              Plaintiffs,

   - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

              Defendant.
───────────────────────────────

20-cv-98 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The conference scheduled for today was cancelled. The parties should submit a proposed schedule for the motion and cross-motion for summary judgment by **October 23, 2020**.

SO ORDERED.

Dated:    New York, New York
            October 20, 2020

                                          John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10-20-20