UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA HIDALGO & ABUNDIO SANCHEZ,

        Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

20-cv-98 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to submit a paper courtesy copy of the cross-motions for summary judgment to Chambers.

SO ORDERED.

Dated: New York, New York
May 26, 2021

_____
John G. Koeltl
United States District Judge