# BRAIN INJURY RIGHTS GROUP

Address: 300 E 95th St., Suite #130 New York, NY 10128
Telephone: 646.850.5035
Website: www.braininjuryrights.org

August 6, 2021

**VIA ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
8/9/21
John G. Koeltl, U.S.D.J.

Re: *Hidalgo et al. v. NYC Department of Education*, 20-cv-0098 (JGK)

Dear Judge Koeltl:

As the Court may recall, the undersigned represents the Plaintiffs in the above-referenced matter. As the Court may also recall, on July 19, 2021, Judgment was entered in this matter, which granted Plaintiffs' Motion for Summary Judgment **in part** and denied Defendant's Cross-Motion for Summary Judgment. The Judgment provided that any motion for attorneys' fees and/or costs that Plaintiffs intended to make should be made within two weeks of entry thereof (August 2, 2021).

On July 30, 2021, my colleague, Peter G. Albert, Esq. requested a one (1) week extension of time – from August 2, 2021, to August 9, 2021 – for Plaintiffs to file their motion for attorneys' fees and costs, as the undersigned was on vacation from July 26 to August 2, 2021. In retrospect, I should have asked Mr. Albert to request a two (2) week extension.

In addition to the motion in this matter, the undersigned must file a Reply Brief on behalf of the Plaintiffs in *Abrams et al. v. NYC Department of Education*, 20-cv-5085 (JPO) (KNF) (SDNY) by Monday, August 2, 2021, in further support of Plaintiffs' motion for summary judgment therein.

While I have spent the past few days writing two briefs at one time, I am afraid that I have accomplished only half as much as I thought I would and will not complete either brief on time.

With Defendant's consent, the undersigned requests a four (4) day extension for Plaintiffs to serve their motion for attorneys' fees and costs – from August 9th to August 13th, 2021. This is the Plaintiffs' second request for a brief extension of time to file its motion for attorneys' fees and costs in this matter.

Plaintiffs thank the Court for its consideration and attention in this matter.

Respectfully submitted,

*Rory J. Bellantoni*
Rory J. Bellantoni, Esq. (RB 2901)

- 1 -

**VIA ECF**

Sharon Sprayregen, Esq.
New York City Law Department
Attorney for Defendant
100 Church Street
New York, NY 10007