UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

MARIA HIDALGO ET AL.,
                Plaintiffs,         20-cv-98 (JGK)

    - against -                  ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    As discussed at the teleconference held on March 16, 2022, the plaintiff's motion for attorney fees and costs, ECF No. 68, is withdrawn without prejudice to the filing of an amended motion on or before **April 29, 2022.** The Clerk is directed to close ECF No. 68.

SO ORDERED.
Dated:    New York, New York
          March 16, 2022

                                              John G. Koeltl
                                      United States District Judge