UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA HIDALGO ET AL.,
                Plaintiffs,          20-cv-98 (JGK)

    - against -                   ORDER

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.

---

JOHN G. KOELTL, District Judge:

On May 23, 2022, the plaintiffs moved pursuant to Federal Rule of Civil Procedure 54(d) for an award of attorney's fees and costs. ECF Nos. 95, 97. Pursuant to Local Rule 6.1, the time to respond to the motion was June 7, 2022. The defendant has not yet responded to the motion. The time to respond to the motion is extended to **July 8, 2022**. The time to reply is **July 18, 2022**.

SO ORDERED.
Dated:    New York, New York
            June 23, 2022

                                            John G. Koeltl
                                     United States District Judge